# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT FOR PUBLICATION

Valex Amos Jr.
Amos, Garrett & Hollinger, LLC
2014 W. Pinhook Rd. Suite 503
Lafayette LA 70508

Randolph Matthieu
Louisiana State Penitentiary DOC No. 117977
Spruce 1
Angola LA 70712

## REHEARING ACTION: December 10, 2008

**Docket Number: 08   00803-KA**

**STATE OF LOUISIANA
VERSUS
RANDOLPH MATTHIEU**

**Appealed from Lafayette Parish Case No. 48646**

<u>**BEFORE JUDGES**</u>**:**

**Hon. Oswald A. Decuir
Hon. Elizabeth A. Pickett
Chris J. Roy**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Randolph Matthieu** has this day been

**DENIED.**
Roy, J., would grant the rehearing to show the State was tardy or untimely in the proposed appeal or application for supervisory writs.

cc: Michael Harson, Counsel for the Appellee
    James Nathan Prather  Jr., Counsel for the Appellee